UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2019 MAY 21 P 1:16
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 3:19-CR-**82** |
| V. ) | |
| ) | JUDGES **Varlan/Poplin** |
| JATAURUS NELSON, a.k.a "Jugg" and "TJ" ) | |

## SEALING ORDER

For good cause shown, the Court finds that it is proper to Order that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This ___ day of May, 2019.

_____
United States Magistrate Judge